Certificate Number: 16339-PAE-DE-038494112

Bankruptcy Case Number: 20-14660



16339-PAE-DE-038494112

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2024, at 2:03 o'clock PM EDT, Gwendolyn Alexander completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 20, 2024                    By:    /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title: Certified Financial Counselor