United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                           Case No. 20-14660-djb
Gwendolyn F. Alexander                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                         User: admin                                      Page 1 of 4
Date Rcvd: Jan 14, 2026                              Form ID: 138OBJ                                Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn F. Alexander, 1408 N. 59th Street, Philadelphia, PA 19151-4201 |
| 14568885 | | American Express, P.O. Box 1270, Ramsey, NJ 07446-0410 |
| 14568887 | | Associated Credit Services, Inc., P.O. Box 5171, Westborough, MA 01581-5171 |
| 14568902 | + | E.J. Merrick & Company, 410 South 54th Street, Philadelphia, PA 19143-1401 |
| 14568906 | + | Hayt, Hayt, and Landau, 123 South Broad Street, Suite 1669, Philadelphia, PA 19109-1003 |
| 14568908 | + | Jon Polas, Esq., 2 Industrial Way, Eatontown, NJ 07724-2265 |
| 14568914 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14568919 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 15 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14574486 | Email/PDF: bncnotices@becket-lee.com | Jan 15 2026 00:43:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14568886 | + Email/PDF: bncnotices@becket-lee.com | Jan 15 2026 00:43:14 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14568889 | + Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 15 2026 00:34:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4036 |
| 14568888 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 15 2026 00:34:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14571117 | + Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 15 2026 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14568896 | Email/Text: megan.harper@phila.gov | Jan 15 2026 00:34:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14568897 | Email/Text: megan.harper@phila.gov | Jan 15 2026 00:34:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14569609 | Email/Text: megan.harper@phila.gov | Jan 15 2026 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

Case 20-14660-djb    Doc 45    Filed 01/16/26    Entered 01/17/26 00:39:18    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: 138OBJ | Total Noticed: 56 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14568890 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:35 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14569572 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 15 2026 00:43:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14568892 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:36 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14568891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 15 2026 00:43:27 | Capital One/boscovs, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14580603 | + | Email/Text: bnc@bass-associates.com | Jan 15 2026 00:34:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14580674 | + | Email/Text: bnc@bass-associates.com | Jan 15 2026 00:34:00 | Cavalry SPV I, LLC, c/o Patti H. Bass, Esquire, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14568893 | + | Email/Text: ecf@ccpclaw.com | Jan 15 2026 00:34:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14568895 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 00:43:37 | Citi Macy's, P.O. Box 6167, Sioux Falls, SD 57117-6167 |
| 14568898 | + | Email/Text: bankruptcy@philapark.org | Jan 15 2026 00:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14568899 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 15 2026 00:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14568900 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 00:43:29 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14568909 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 15 2026 00:43:29 | Macy's, P.O. Box 9001094, Louisville, KY 40290-1094 |
| 14576360 | + | Email/Text: mrdiscen@discover.com | Jan 15 2026 00:34:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14568901 | + | Email/Text: mrdiscen@discover.com | Jan 15 2026 00:34:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14568903 | | Email/Text: bankruptcycourts@equifax.com | Jan 15 2026 00:34:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14568904 | ^ | MEBN | Jan 15 2026 00:25:06 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14568905 | ^ | MEBN | Jan 15 2026 00:25:15 | Hayt, Hayt, and Landau, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 14568907 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2026 00:34:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14571099 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 00:43:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14570614 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 15 2026 00:43:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14568910 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 15 2026 00:34:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14568912 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 15 2026 00:43:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14568913 | + | Email/Text: PHILAW@weltman.com | Jan 15 2026 00:34:00 | Michael Dougherty, Esq., 170 S, Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14568916 | ^ | MEBN | Jan 15 2026 00:25:12 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14568917 | | Email/Text: CollectionsDept@PFCU.COM | Jan 15 2026 00:34:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14568920 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2026 00:43:16 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14576869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2026 00:43:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14568915 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 15 2026 00:34:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14568918 | + | Email/Text: bankruptcy@philapark.org | Jan 15 2026 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14568921 | + | Email/Text: ngisupport@radiusgs.com | Jan 15 2026 00:34:00 | Radius Global Solutions, LLC, 500 North Franklin Turnpike, Ste 200, Mail Code - 747, Ramsey, NJ 07446-1178 |
| 14568922 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 15 2026 00:43:35 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14568923 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 15 2026 00:43:26 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14568924 | | Email/Text: bankruptcy@td.com | Jan 15 2026 00:34:00 | TD Bank, N.A., 32 Chestnut Street, PO Box 1377, Lewiston, ME 04243 |
| 14568925 | | Email/Text: DASPUBREC@transunion.com | Jan 15 2026 00:34:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14568926 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 15 2026 00:34:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7014 |
| 14568927 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 15 2026 00:34:00 | Verizon Pennsylvania, Bankruptcy Department RMSC, 3900 Washington Street, Wilmington DE 19802-2125 |
| 14574201 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 15 2026 00:43:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14568928 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 15 2026 00:43:35 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14568894 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14568911 | ##+ | Mariner Finance, LLC, Attn: Bankruptcy, 519 Baltimore Pike, Springfield, PA 19064-3811 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 14, 2026 | Form ID: 138OBJ | Total Noticed: 56

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Gwendolyn F. Alexander help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)−doc 44 − 43

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Gwendolyn F. Alexander  )  Case No. 20−14660−djb
  )
  )
Debtor(s).  )  Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          Eastern District of Pennsylvania
          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 14, 2026                    For The Court

                                           Mohung Wong
                                           Clerk of Court